IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOHAMED GHORAB,** : | CIVIL ACTION NO. 1:05-CV-0742 |
| : | |
| Petitioner : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **CRAIG LOWE**, Warden of Pike County : | |
| Prison, : | |
| : | |
| Respondent : | |

## ORDER

AND NOW, this 3rd day of January, 2006, upon consideration of the petition for writ of habeas corpus (Doc. 1), in which petitioner seeks release from continued detention while his petition for review is being considered in the United States Court of Appeals for the Third Circuit, and it appearing that the petition for review has been denied and the stay has been dissolved,[1] and if further appearing that the petitioner was removed from the United States to Egypt on or about December 6, 2005,[2] thereby rendering the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99

---

[1] Review of the Court of Appeals docket sheet, 04-3738, indicates that the petition for review was denied on October 21, 2005, and the stay was dissolved on November 30, 2005. The Court of Appeals issued its Mandate on December 12, 2005.

[2] In an effort to ascertain the custodial status of petitioner, the court contacted Pike County Prison. Officials at the Pike County Prison informed the court that petitioner was removed to Egypt on December 6, 2005.

(3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 4) is DISMISSED as moot.

2. Respondent's motion to dismiss (Doc. 7) is DENIED as moot.

3. The Clerk of Court is directed to CLOSE this case.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge